**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IN RE:

CASE NO. 12-48771

Debtor: IMELDA R HANSON

CHAPTER: 13

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this December 12, 2014, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

IMELDA R HANSON
3 OAK KNOLL CT
STREAMWOOD, IL 60107


MARILYN O MARSHALL
224 SOUTH MICHIGAN STE 800
CHICAGO, IL 60604


SHERA L BUCCHIANERI
55 E MONROE ST SUITE #3400
CHICAGO, IL 60603

BMO Harris Bank, N.A.
By: /s/ _____
Bankruptcy Specialist

BKR-180-RC
770 N. Water Street
Milwaukee, WI 53202
866-280-8434 option 2

**Response to Notice of Final Cure Payment**

**Case#** 12-48771        **Name** Imelda Hanson

BMO Harris Bank agrees that the trustee has paid in full the amount required to cure the default on the claim. The debtors are current and the next payment due date is:

**Payment Due Date:** 1/1/2015        **Amount Due:** $2,470.55